UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re **JOHN PATRICK STOKES**, Debtor. | Case No. **09-60265-7** |
| **TODD GARDNER** and **DAVAR GARDNER**, Plaintiffs. -vs- **JOHN PATRICK STOKES**, Defendant. | Adv No. **10-00064** |

# O R D E R

At Butte in said District this 15th day of February, 2011.

In this adversary proceeding,

**IT IS ORDERED** Plaintiffs shall file a Report with the Court advising when the Defendant's appeal of this Court's Order entered in the above-captioned Chapter 7 case on July 22, 2010 (Docket No. 316 in Case No. 09-60265-7), which was recently decided by Hon. Donald W. Molloy in the United States District Court for the District of Montana, becomes final after expiration of applicable deadlines for filing further appeals.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

10-00064-RBK   Doc#: 23   Filed: 02/15/11   Entered: 02/15/11 16:08:38   Page 2 of 2